UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Habbo G. Fokkena, United States Trustee, | Civil No. 06-2607 (PAM) |
| Appellant, | |
| v. | **ORDER** |
| Fredrikson & Byron, PA; Kalina, Wills, Gisvuld & Clark, PLLP; and Merical Associates, Inc.; | |
| Appellees. | |

This matter is before the Court on Appellant's Motion to Exceed Word Limitation and for Extension of Time to File Reply Brief. The Court grants the Motion. Appellant is permitted to file a reply brief of 3000 words or less, and the deadline for the brief is extended to October 30, 2006.

Accordingly, **IT IS HEREBY ORDERED** that Appellant's Motion to Exceed Word Limitation and for Extension of Time to File Reply Brief (Docket No. 11) is **GRANTED**.

Dated: October 16, 2006

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge